UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:22-cv-23742-BB

**MILKA CASTELLON**,

   Plaintiff,

v.

**DORAL SECURITY PATROL LLC** f/k/a DORAL SECURITY PATROL INC d/b/a Blue Knights; **BLUE KNIGHTS PROTECTIVE SERVICES, LLC** f/k/a BLUE KNIGHTS PROTECTIVE SERVICE INC. d/b/a Blue Knights; and **A.R.C.K. HOLDING INVESTMENTS GROUP, INC.** d/b/a Blue Knights;

   Defendants.

## NOTICE OF SETTLEMENT

  Plaintiff, MILKA CASTELLON, hereby advises the Court that the Parties have resolved the case in principle and are in the process of executing a settlement agreement. The Parties will file a Joint Stipulation of Dismissal within a week from today which will include a request for this Court to retain jurisdiction to enforce the terms of the Settlement Agreement for 45 days after it's execution by all parties.

**/s/ Julisse Jimenez**
Julisse Jimenez, Esq. (FBN: 65387)
E-mail: julisse@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff*

Case No.: 1:22-cv-23742-BB

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ **Julisse Jimenez**

## SERVICE LIST

**MILKA CASTELLON v. DORAL SECURITY PATROL LLC f/k/a DORAL SECURITY PATROL INC d/b/a Blue Knights; BLUE KNIGHTS PROTECTIVE SERVICES, LLC f/k/a BLUE KNIGHTS PROTECTIVE SERVICE INC. d/b/a Blue Knights; and A.R.C.K. HOLDING INVESTMENTS GROUP, INC. d/b/a Blue Knights**
Case No.
**United States District Court, SOUTHERN District of Florida**

| | |
|---|---|
| Julisse Jimenez, Esq. | Jorge Diaz-Cueto, Esq. |
| E-mail: julisse@saenzanderson.com | E-mail: jorgediazcueto@bellsouth.net |
| R. Martin Saenz, Esq. | 6747 Crandon Blvd |
| E-mail: msaenz@saenzanderson.com | Key Biscayne, FL 33149 |
| SAENZ & ANDERSON, PLLC | Telephone: (305) 890-3600 |
| 20900 NE 30th Avenue, Ste. 800 | *Counsel for Defendants* |
| Aventura, Florida 33180 | |
| Telephone: (305) 503-5131 | |
| Facsimile: (888) 270-5549 | |
| *Counsel for Plaintiff* | |